**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| Intellectual Ventures I LLC,<br><br>       Plaintiffs,<br><br>v.<br><br>TCL ELECTRONICS HOLDINGS LTD. and<br>TCL INDUSTRIES HOLDINGS CO., LTD.<br><br>       Defendant. | Civil Action No. 6:23-cv-00309-ADA |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Plaintiff, Intellectual Ventures I LLC ("IV"), and Defendants, TCL Electronics Holdings

Ltd. and TCL Industries Holdings Co., Ltd., (collectively "TCL"), hereby notify the Court that

the Parties have resolved all matters in controversy in the above-captioned action.  The Parties,

therefore, respectfully request that the Court dismiss this action, with prejudice, with all

attorneys' fees, costs and expenses taxed against the party incurring same.

Dated: February 19, 2025                          Respectfully submitted,

*/s/ Karl Rupp*＿＿＿＿＿＿＿＿＿＿＿＿＿                    */s/ Russell E. Levine*＿＿＿＿＿＿＿＿＿
**Karl Rupp**                                     Kat Li
State Bar No. 24035243                            Texas State Bar No. 24070142
SOREY & HOOVER, LLP                               kat.li@kirkland.com
100 N. 6th Street, Suite 502                      Michael T. Dinnella
Waco, Texas 76701                                 Texas State Bar No. 24136809
Tel: (903) 230-5600                               michael.dinnella@kirkland.com
Fax: (903) 230-5656                               **KIRKLAND & ELLIS LLP**
krupp@soreylaw.com                                401 Congress Avenue
                                                  Austin, TX 78701
Matthew Vella                                     Tel: (512) 678-9100
mvella@princelobel.com
Robert R. Gilman                                  Russell E. Levine, P.C.
rgilman@princelobel.com                           IL State Bar No. 6193834 (admitted in W.D.
Jonathan R. DeBlois                               Tex.)
jdeblois@princelobel.com                          russell.levine@kirkland.com
Brian Seeve                                       **KIRKLAND & ELLIS LLP**
bseeve@princelobel.com                            333 West Wolf Point Plaza
PRINCE LOBEL TYE LLP                              Chicago, IL 60654
One International Place, Suite 3700               Tel: (312) 862-2000
Boston, MA 02110
Tel: (617) 456-8000                               COUNSEL for DEFENDANTS
Fax: (617) 456-8100

COUNSEL for PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been delivered to all counsel of record via the Court's CM/ECF system on this 19th day of February, 2025.

*/s/ Karl Rupp*＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿