# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| Intellectual Ventures I LLC<br><br>    Plaintiffs,<br><br>v.<br><br>TCL ELECTRONICS HOLDINGS LTD. and<br>TCL INDUSTRIES HOLDINGS CO., LTD.<br><br>    Defendant. | Civil Action No. 6:23-cv-00309-ADA |

## ORDER

On this day came to be considered the parties' Joint Motion to Dismiss with Prejudice (the "Joint Motion"). The Court, having considered the Joint Motion, finds that it has merit and should be GRANTED.

IT IS, THEREFORE, ORDERED that all claims, defenses and/or counter claims in the above captioned case be dismissed with prejudice, and all attorneys' fees, costs of court and expense shall be borne by each party incurring the same.

SIGNED this 7th day of March, 2025.

_____
Honorable Alan D Albright
United States District Judge